# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **JON P. DOUCETTE,** Defendant. | 4:23-PO-05121-JTJ  VIOLATION: FCDS002G Location Code: M7  **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for December 7, 2023, is **VACATED**.

DATED this 30th day of November, 2023.

_____
John Johnston
United States Magistrate Judge